```
 1  JOHN A. RUSSO, City Attorney, State Bar 129729
    VICKI A. LADEN, Supervising Deputy City Attorney, State Bar 130147
 2  JENNIFER A. CHIN, Deputy City Attorney, State Bar 209954
    One Frank H. Ogawa Plaza, 6th Floor
 3  Oakland, California 94612
    Telephone: (510) 238-3601      Fax: (510) 238-6500
 4  Email: jchin@oaklandcityattorney.org
    X02822:369849.2
 5

 6  Attorneys for Defendants
    CITY OF OAKLAND, and
 7  DEBORAH EDGERLY, Oakland City Administrator
```

**FILED**

APR 1 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO

| | |
|---|---|
| COMCAST OF CALIFORNIA/COLORADO, LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, DEBORAH EDGERLY, Oakland City Administrator, in her official capacity,<br><br>Defendants. | Case No. C 06-02163 (MJJ)<br><br>**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES TO THIS ACTION THROUGH THEIR RESPECTIVE COUNSEL OF RECORD AS FOLLOWS:

1. This matter was filed in the United States District Court for the Northern District of California on March 24, 2006.

2. The Complaint for Declaratory and Injunctive Relief was served on Defendants on March 24, 2006. Based upon this date of service, Defendants' response to the Complaint was to have been filed on or before April 13, 2006.

3. Pursuant to Civil Local Rule 6-1(a), it is agreed among the parties, through their counsel, that the last day for Defendants to respond to the Complaint in this matter shall be

1  extended to May 15, 2006.

2      4.    Defendants and Comcast agree that such extension shall not constitute evidence that Comcast was dilatory or did not timely seek injunctive relief in this matter.

**IT IS SO STIPULATED.**

Dated: April 10, 2006

MORGAN, LEWIS & BOCKIUS
DANIEL JOHNSON, JR.
BRENDAN DOLAN
PHILIP J. SMITH

By: /s/ Daniel Johnson
Attorneys for Plaintiff
COMCAST OF CALIFORNIA/COLORADO, LLC

Dated: April 7, 2006

JOHN RUSSO, City Attorney
VICKI A. LADEN, Supervising Deputy City Attorney
JENNIFER A. CHIN, Deputy City Attorney

By: /s/ Jennifer Chin
Attorneys for Defendants
CITY OF OAKLAND, and
DEBORAH EDGERLY, Oakland City Administrator

IT IS SO ORDERED

/s/ Martin J. Jenkins
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

4/12/06
DATE

STIPULATION EXTENDING TIME FOR          -2-          C 06-02163 MJJ
DEFENDANTS TO RESPOND TO COMPLAINT

## PROOF OF SERVICE
*Comcast v. City of Oakland, et al.*
U.S. District Court Case No. C 06-02163 MJJ

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank H. Ogawa Plaza, 6th Floor, Oakland, California 94612. On date shown below, I served the within documents:

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California, addressed as set forth below.

☐ by causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/Express Mail.

Charles I. Cohen
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Executed on April 11, 2006, at Oakland, California.

Kristin Ericsson