1  DANIEL JOHNSON, JR., SBN 57409
   BRENDAN DOLAN, SBN 126732
2  PHILIP J. SMITH, SBN 232462
   MORGAN, LEWIS & BOCKIUS LLP
3  One Market, Spear Street Tower
   San Francisco, CA 94105-1126
4  Tel: 415.442.1000
   Fax: 415.442.1001
5
   Attorneys for Plaintiff
6  COMCAST OF CALIFORNIA/COLORADO, LLC

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

| COMCAST OF CALIFORNIA/COLORADO, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND and DEBORAH EDGERLY, Oakland City Administrator, in her official capacity,<br><br>Defendants. | Case No. C 06-02163 (MJJ)<br><br>**STIPULATED DISMISSAL OF ACTION (FRCP RULE 41(a))**<br><br>AND ORDER |
|---|---|

Plaintiff Comcast of California/Colorado, LLC and Defendants City of Oakland and Deborah Edgerly, Oakland City Administrator, by and through their attorneys of record, hereby stipulate as follows:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the above-captioned action shall be and is hereby dismissed in its entirety with prejudice as against each and every Defendant. This dismissal is made pursuant to a Settlement and Release Agreement entered into between Plaintiff Comcast of California/Colorado, LLC and Defendants City of Oakland and Deborah Edgerly, Oakland City Administrator. Each party shall bear its own costs and fees.

///

///

1-SF/7385753.1                         1.

| | | |
|---|---|---|
| 1 | Dated: June 28, 2006 | MORGAN, LEWIS & BOCKIUS LLP<br>DANIEL JOHNSON, JR.<br>BRENDAN DOLAN<br>PHILIP J. SMITH |
| 2 | | |
| 3 | | |
| 4 | | By: _____ |
| 5 | | Attorneys for Plaintiff<br>COMCAST OF CALIFORNIA/COLORADO, LLC |
| 6 | | |
| 7 | | |
| 8 | Dated: June 27, 2006 | JOHN RUSSO, City Attorney<br>VICKI A. LADEN, Supervising Deputy City Atty.<br>JENNIFER A. CHIN, Deputy City Attorney |
| 9 | | |
| 10 | | By: _____ |
| 11 | | Attorneys for Defendants<br>CITY OF OAKLAND, and DEBORAH EDGERLY, Oakland City Administrator |
| 12 | | |
| 13 | | |
| 14 | **IT IS SO ORDERED.** | |
| 15 | | |
| 16 | Dated: 6/29/2006 | _____ |
| 17 | | MARTIN J. JENKINS<br>United States District Court Judge |

1-SF/7385753.1

2.

STIPULATED DISMISSAL OF ACTION, CASE NO. C 06-02163 (MJJ)